IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JASON LARON THOMAS, | ) |
|     Plaintiff, | ) ) ) |
| v. | ) )   Case No. 3:13-cv-00226 |
| | ) )   Judge Trauger |
| MELISSA FOSTER and<br>CORRECT CARE SOLUTIONS, LLC, | )   Magistrate Judge Bryant ) ) |
|     Defendants. | ) |

## ORDER

Before the court is the plaintiff's objection (ECF No. 51) to the Report and Recommendation ("R&R") filed by Magistrate Judge John Bryant (ECF No. 48), recommending that the motion for summary judgment (ECF No. 35) filed by defendants Correct Care Solutions, LLC and Melissa Foster be granted and that this action be dismissed.

The court has conducted a *de novo* review of that portion of the report and recommendation to which objection was lodged, in accordance with Rule 72(b)(3) of the Federal Rules of Civil Procedure and 28 U.S.C. § 636(b)(1)(B) & (C), and finds no error in the magistrate judge's factual findings or legal conclusions. For the reasons set forth in the accompanying memorandum opinion, the plaintiff's objection is hereby **OVERRULED** and the R&R is **ACCEPTED** in its entirety. The motion for summary judgment (ECF No. 35) is **GRANTED**, and this action is **DISMISSED**.

The plaintiff's motion not to extend discovery and not to continue the trial date is **TERMINATED** as **MOOT**.

It is so **ORDERED**.

This is the final judgment in this action for purposes of Rule 58 of the Federal Rules of Civil Procedure.

                                                Aleta A. Trauger
                                                United States District Judge